# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **L.S. o/b/o Z.C.,**  *Plaintiff*,  v.  **COMMISSIONER OF SOCIAL SECURITY,**  *Defendant.* | **CIVIL ACTION NO. 5:24-cv-00174-TES-CHW** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff L.S. did not object to the United States Magistrate Judge's Report and Recommendation ("R&R") [Doc. 16] regarding her Motion to Remand [Doc. 10]. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 6(a)(1), (d). Having reviewed the R&R for clear error and found none, the Court **ADOPTS** it [Doc. 16] and **MAKES IT THE ORDER OF THE COURT**. Because substantial evidence supports the Commissioner's determination that the claimant does not qualify for disability benefits, the Court **DENIES** Plaintiff's Motion to Remand [Doc. 10] and **AFFIRMS** the Commissioner's decision in this case.

**SO ORDERED**, this 21st day of July, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**