IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LATRELL SLOCUM<br>*Natural Guardian of Minor*<br>Z.C.<br><br>    Plaintiff,<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | *<br><br>*<br>    Case No.   5:24-cv-00174-TES-CHW<br>*<br><br>*<br><br>* |

## J U D G M E N T

Pursuant to this Court's Order dated July 21, 2025, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 22nd day of July, 2025.

                                                David W. Bunt, Clerk

                                                s/ Erin Pettigrew, Deputy Clerk